UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICE, INC., a division of the Perimeter
Group International, Inc.

                            Plaintiff,

- against -

SPLENDORS FOOD CORP.,
OMAR F. SHAH, RUKHSANA
FAROOQSHAH, and YAHYA F. SHAH,

                            Defendant(s).
-----------------------------------------------------------X

(CV-02-5413)
(TCP)

MEMORANDUM
AND
ORDER

PLATT, District Judge.

        Before the Court is a motion pursuant to Local Civil Rule 1.4, 22 N.Y.C.R.R. § 1200.15, and Disciplinary Rule 2-110(c), requesting leave for Barr & Hass, LLP, and Keaton & Associates, P.C., to withdraw as counsel for Plaintiff, Americe, Inc. This motion is GRANTED as unopposed and for the reasons stated in the Affirmation of Elizabeth A. Haas, dated May 5, 2006.

        Plaintiff is hereby ordered to retain counsel within thirty (30) days from the date of this Order and to so notify the Court. Failure to do so will result in the Court's, <u>sua sponte</u>, dismissal of the action pursuant to <u>Jones v. Niagara Frontier Transportation Authority</u>, 722 F.2d 20, 22 (2d Cir. 1983) (". . . it is established that a corporation, which is an artificial entity that can only act

through agents, cannot proceed pro se.").

SO ORDERED.

    /s/ Thomas C. Platt
Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
         June 30, 2006